IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TC HULETT, JR.,

    *Plaintiff,*

v.

    Case No. 24-2218-EFM-ADM

OLATHE MEDICAL CENTER et al.,

    *Defendants.*

**ORDER**

The above case comes before the Court for consideration of United States Magistrate Judge Mitchell's Report and Recommendation ("R&R") filed on September 17, 2024 (Doc. 30). Magistrate Judge Mitchell recommends that Plaintiff TC Hulett's claims against Defendants Dr. James Berrigan, Nurse Emily, and an unnamed security guard be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Magistrate Judge Mitchell's R&R comes after Plaintiff was ordered to show cause why the claims against these three Defendants should not be dismissed. Plaintiff failed to timely respond to that order. Rather, he responded to the order to show cause after Magistrate Judge Mitchell filed the present R&R. In that untimely response, Plaintiff insists that he has provided sufficient information for the U.S. Marshals Service to properly effectuate service of process on these Defendants. For the reasons stated in the Magistrate Judge Mitchell's order to show cause, the Court disagrees.

Plaintiff filed no objections to Magistrate Judge Mitchell's R&R. The Court has reviewed the R&R and finds itself in complete agreement with its conclusions. Accordingly, the Court adopts the R&R in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Doc. 30) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that the claims against Dr. Berrigan, Nurse Emily, and the unknown security guard are dismissed, without prejudice.

**IT IS SO ORDERED**.

Dated this 27th day of November, 2024.

*[signature]*

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE